## PEN ag^t ARNALL

W^m Pen plaint. ag^t Joseph Arnall Sen^r Def^t in an action of debt of Seven pounds due by bill w^th damages: . . . [ **533** ] The Jury . . . found for the plaint. Seven pounds according to bill and costs of Court.

## BARTHOLMEW ag^t COX

William Bartholomew plaint. ag^t John Cox Defend^t in an action of debt of Four pound Seventeen Shillings in money due by bill bearing date. 8th October. 1677. under the hand of said Cox, with due damages. . . . The Jury . . . found for the plaint. Four pound Seventeen Shillings money and costs of Court, granted Eighteen Shillings.

Execution issued pr° Nov^r 1678.

## ARNALL agt. AYER

John Arnall plaint. ag^t Peter Ayer Defend^t The plaint. withdrew his Action.

## LEGG ag^t FLOOD

Samuel Legg plaint. ag^t James Flood Defend^t The plaint. was nonsuted upon non Appearance & costs granted the Defend^t ten Shillings six pence.

Execution issu^d 14:11^mo 78.

## CHILDE ag^t PICKERING

Alwin Childe or his Attourny plaint. ag^t Sarah Pickering Defend^t in an action of debt of Seven pounds ten Shillings in money or thereabouts due by booke with damages: . . . The Jury . . . found for the plaint. Seven pounds and five pence money and costs of Court.

## CHANDLER agt. LUN

John Chandler plaint. ag^t Thomas Lun Defend^t for not performing his ingagement to free him & the Town of Roxbury from further charge of Christopher Portugall who is returned to theire great charge together with due damages: . . . The Jury . . . found for the plaint. five pounds Eight Shillings